Certificate Number: 05781-PAM-DE-030063999

Bankruptcy Case Number: 17-04076



05781-PAM-DE-030063999

# C<span>ERTIFICATE</span> O<span>F</span> D<span>EBTOR</span> E<span>DUCATION</span>

I CERTIFY that on October 23, 2017, at 10:57 o'clock AM PDT, Lisa Mcknight completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: October 23, 2017

By: /s/Allison M Geving

Name: Allison M Geving

Title: President